EDITH M. AUCOCK, Respondent, v. NEISER BROTHERS, INC., Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, upon the ground that the plaintiff failed to establish any actionable negligence upon the part of the defendant. We have examined the facts and find no error therein. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

BERNARD BERGMAN, Appellant, v. MEYER ZEPLOWITZ, Doing Business as MEYER WALLPAPER & PAINT, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER DOMBKIEWICZ, Appellant.— Order affirmed. All concur. (Appeal from an order denying petitioner's motion in the nature of coram nobis to vacate a judgment convicting him of burglary, third degree.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

DEAN H. GOODRICH, Respondent, v. CORA MOSHER, Appellant, and FRANCIS O. MATTHEWS, Respondent.— Judgments and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff against defendant Mosher, and from a judgment for defendant Matthews against defendant Mosher, in an automobile negligence action. The order denied a motion by the appellant for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

HAROLD M. WILLIS, Respondent, v. CENTRAL GREYHOUND LINES, INC., OF NEW YORK et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a bus line negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

DAVID T. DARLING, Respondent, v. STUART G. LYON et al., Appellants.— Order, insofar as appealed from, affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order which provided that the resettled order is granted without prejudice to a further application by plaintiff for the production of books and papers.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.